UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENNIS L. MARTIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Number 1:12-cv-00970 (RC) |
| v. ) | |
| ) | Honorable Rudolph Contreras |
| QUINCE T. BRINKLEY, JR., et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. §§ 1404 and 1406, Plaintiff Dennis L. Martire, by undersigned counsel, respectfully moves the Court to transfer this case to the United States District Court for the Eastern District of Virginia for the reasons set forth in the attached Memorandum. Mr. Martire further requests that the Court stay the deadlines applicable to Plaintiff's Application for Preliminary Injunction (Docket No. 2) and Defendant Governor McDonnell's Motion to Dismiss or, Alternatively, to Transfer Venue (Docket No. 6) until rescheduled following transfer to the Eastern District of Virginia, or until this Motion is otherwise resolved.

Counsel certifies that, pursuant to LCvR 7(m), J. Andrew Keyes, Esq., counsel for Plaintiff, conferred with opposing counsel for Defendants MWAA, Quince Brinkley, Jr., and Governor McDonnell prior to submitting this motion. Counsel for Quince T. Brinkley, Jr. and MWAA does not object to the relief requested herein. Counsel for Governor McDonnell does not consent to the requested relief.

This Motion is supported by the attached Memorandum and the complete record in the case. A form order is attached.

Respectfully Submitted,

By /s/ Kevin M. Hodges
Kevin M. Hodges (D.C. Bar No. 430130)
J. Andrew Keyes (D.C. Bar No. 452377)
Catherine S. Duval (D.C. Bar No. 489643)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202 434-5029
E-Mail: khodges@wc.com
akeyes@wc.com
kduval@wc.com

*Attorneys for Plaintiff Dennis L. Martire*

Dated: July 27, 2012

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3 and 5.4(c), I hereby certify that on July 27, 2012, I electronically filed the foregoing Motion to Transfer Venue and the accompanying [Proposed] Order Granting Motion to Transfer and Memorandum of Law in Support of Dennis L. Martire's Motion to Transfer Venue using the CM/ECF system, which will send notification of such filing to counsel for Defendants Governor Robert F. McDonnell, Quince Brinkley, and MWAA.  Copies were also sent by electronic mail to counsel for the same.  I further certify that copies of the aforementioned documents were sent to Caren Merrick by first-class mail, postage prepaid, on July 27, 2012, and that service of the same will be made by private process server.

   /s/ Catherine S. Duval
Catherine S. Duval